IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Criminal No. 01-080 |
| ) | |
| GLENMORE CAREY, a/k/a     ) | |
| CHRISTOPHER WALKER        ) | |

**O R D E R**

AND NOW, to wit, this __29th__ day of __Sept__, 2006, the Court having considered the government's Motion to Destroy Firearms and Ammunition, and the Court having jurisdiction over the subject matter and being duly advised,

IT IS HEREBY ORDERED, ADJUDGED and DECREED, that Special Agents of the Drug Enforcement Administration shall forthwith destroy the following items:

> One Glock .40 caliber handgun, Serial Number CCS357US, Model 22
>
> One Norinco 7.62 mm rifle, Make-90, Serial Number 11246

_____
UNITED STATES DISTRICT JUDGE

cc: Bruce J. Teitelbaum, AUSA